# United States Court of Appeals
## For the Eighth Circuit

———————————————————

No. 21-1930

———————————————————

United States of America

*Plaintiff - Appellee*

v.

Vanessa Vela

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Central

——————————

Submitted: September 1, 2021
Filed: September 7, 2021
[Unpublished]

——————————

Before LOKEN, COLLOTON, and STRAS, Circuit Judges.

——————————

PER CURIAM.

Vanessa Vela appeals the sentence the district court[1] imposed after she pleaded guilty to a drug offense. Her counsel has moved to withdraw and has filed a brief

———————————————————

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court erred in denying a mitigating-role reduction.

After careful review of the record, we conclude that the district court did not clearly err in declining to apply a mitigating-role reduction, because unobjected-to facts in the presentence report (PSR) indicated that Vela coordinated deliveries of drugs, wired money for the drug conspiracy, and allowed drugs to be stored in her home. <u>See</u> <u>United States v. Hunt</u>, 840 F.3d 554, 557 (8th Cir. 2016) (per curiam) (standard of review); <u>see also</u> <u>United States v. Menteer</u>, 408 F.3d 445, 446 (8th Cir. 2005) (per curiam) (unobjected-to facts in PSR are deemed admitted).

Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion and affirm.

_____